

**ORDERED in the Southern District of Florida on February 29, 2024.**

*Corali Lopez-Castro*

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Adonis Peraza

_____ Debtor _____/

Case No: 23-18431-CLC
Chapter 13

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

**THIS MATTER** having come to be heard on the Court's consent calendar on December 19, 2023 upon Debtor's Motion to Determine Joint Creditors ("Motion") [ECF#16], IT IS;

**ORDERED AND ADJUDGED:**

1. The Debtor's Motion is **GRANTED.**
2. The Debtor's exemptions are allowed as claimed.

# # #

Respectfully Submitted by: Jose A. Blanco, 102 E 49th ST
Hialeah, FL 33013, Tel. (305) 349-3463

Attorney Blanco, is hereby directed to serve a copy of this Order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).